**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of New York
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2019 MAR 21  A 9:10

RECEIVED

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bay Terrace Plaza, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Allora<br>Allora Italian Kitchen & Bar<br>Allora Italian Kitchen and Bar |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2 6 – 1 9 8 4 6 4 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 210-35 26th Avenue | 228   Park Avenue S |
| Number    Street | Number    Street |
| | #48897 |
| | P.O. Box |
| Bayside    NY    11360 | New York    NY    10003 |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Queens | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website (URL)**   www.allorakitchen.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor __Bay Terrace Plaza, LLC__    Case number (*if known*) _____
      Name

7. **Describe debtor's business**    A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7225__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
       - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
       - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - ☐ A plan is being filed with this petition.
       - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ☒ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | | | |
   |---|---|---|
   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | | |
    |---|---|
    | Debtor _____ | Relationship _____ |
    | District _____ When _____ | Case number, if known _____ |

Debtor  **Bay Terrace Plaza, LLC**
        Name

Case number *(if known)*_____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
        Number    Street

_____
City        State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Bay Terrace Plaza, LLC**
Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/21/2019
              MM / DD / YYYY

X _____   **Steve Menexas**
Signature of authorized representative of debtor   Printed name

Title  Managing Member

**18. Signature of attorney**

X _____   Date _____
Signature of attorney for debtor              MM / DD / YYYY

Printed name

Firm name

Number    Street

City                                State    ZIP Code

Contact phone                       Email address

Bar number                          State

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW YORK
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

In re: Bay Terrace Plaza, LLC
dba Allora Italian Kitchen and Bar

Chapter 11
Case No.:

Debtor.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

## CORPORATE OWNERSHIP AND
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure §§ 1007(a)(1) and 7007.1(a) and E.D.N.Y. LBR 1073-3, there is no corporate entity to disclose which owns 10% or more of any class of equity interests of the Debtor.

Dated: 3/21/19

By: _____

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF NEW YORK
----------------------------------------------------------x
In re: Bay Terrace Plaza, LLC
dba Allora Italian Kitchen
and Bar
Debtor.

Chapter 11
Case No.:

----------------------------------------------------------x

## CORPORATE RESOLUTION

I, Steve Menexas, a Member of Bay Terrace Plaza LLC, the above captioned Limited Liability Company, do hereby certify that the following resolution was unanimously adopted on 3/21/19:

"RESOLVED, that by reason of the Limited Liability Corporation being unable to pay its debts as they mature, it is deemed expedient, necessary and in the best interests of the Limited Liability Company, its members and its creditors, that the Limited Liability Company seek relief under Title 11 of the United States Code from such circumstance and condition, and that the Limited Liability Company, acting by a Member of the Debtor, is hereby authorized, empowered and directed, subject to the provisions of the Limited Liability Company to institute a proceeding pursuant to Title 11, United States Code (Chapter 11 of the Bankruptcy Code).

IN WITNESS WHEREOF, I have hereunto set my hand and seal of the Limited Liability Company this 3/21/2019

By: _____

Sworn to before me this
21st day of March 2019
_____
Notary Public, State of New York

KAMAL P SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019

# UNITED STATES BANKRUPTCY COURT

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Bay Terrace Plaza, LLC    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

CASE NO.:         JUDGE:         DISTRICT/DIVISION:
CASE STILL PENDING (Y/N):            *[If closed]* Date of closing:_____
CURRENT STATUS OF RELATED CASE: _____
            (Discharged/awaiting discharge, confirmed, dismissed, etc.)
MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____
REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

CASE NO.:         JUDGE:         DISTRICT/DIVISION:
CASE STILL PENDING (Y/N):            *[If closed]* Date of closing:_____
CURRENT STATUS OF RELATED CASE: _____
            (Discharged/awaiting discharge, confirmed, dismissed, etc.)
MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____
REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____
CASE STILL PENDING (Y/N):_____        *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____     _____
Signature of Debtor's Attorney                               Signature of Pro Se Debtor/Petitioner

                                                             _____
                                                             Signature of Pro Se Joint Debtor/Petitioner

                                                             210-35 26th Avenue
                                                             Mailing Address of Debtor/Petitioner

                                                             Bayside, NY 11360
                                                             City, State, Zip Code

                                                             347 577 9885
                                                             Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

# United States Bankruptcy Court
## Eastern District of New York

In re  __Bay Terrace Plaza, LLC__  
               Debtor(s)

Case No. _____  
Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: __3/21/19__

_Steve Menexas, Managing Member_  
Signer/Title

Date: _____

_____  
Signature of Attorney

Ace Endico Food SVC
80 International Blvd
Brewster, NY 10509

American Express National Bank
PO Box 30384
Salt Lake City, UT 84130

Best Metropolitan Towel & Linen
60 Madison Avenue
Hempstead, NY 11550

Ecolab
PO Box 32027
New York,. NY 10087

Chase
PO Box 6294
Carol Stream, IL 60197

Manhattan Beer Distribution
PO Box 27458
New York, NY 10087

NCR Corporation
PO Box 198755
Atlantia, GA 30384

Southern Glazer's Wine & Spirits of NY
PO Box 3143
Hicksville, NY 11802

Empire Merchant, LLC
16 Bridgewater Street
Brooklyn, NY 11222

St. Johns Produce
PO Box 34
Albertson, BY 11507

NewBank
146-01 Northern Blvd
Flushing, NY 11354

Cord Meyer Development LLC
111-15 Queens Blvd, PO Box 10
Forest Hills, NY 11375

US Foods, Inc.
P.O. Box 641871
Pittsburgh, PA 15264-1871

Verizon
PO Box 15124
Albany, NY 12212

Ammirati Coffee
500 Fith Avenue
Pelham, NY 10803

Clare Rose
100 Rose Executive B
East Yaphank, NY

Union Beer Distributors
1213-17 Grand Street
Brooklyn. NY 11211

Skurnik Wines
PO Box 1315
Syosset, NY 11791

NYS Dept of Tax & Finance
PO Box 4127
Binghamton, NY 13902

Tri State Carbonation
216 E. Broadway #2
Monticello, NY 12701

Sysco Long Island, LLC
199 Lowel Ave
Central Islip, NY 11722

NUCO2 LLC
PO Box 417902
Boston, MA 02241

Open Table
1 Montgomery Street, Suite 700
San Francisco, CA 94104

HotSchedules
6504 Bridge Point Pkwy
Austin, TX, 78730

ConEdison
Jaf Station, P.O. Box 1702
New York, NY 10116

Cintas Corporation
PO Box 630803
Cincinnati, OH 45263

Rivkin Radler
926 RXR Plaza
Uniondale, NY 11556-0926

Noble Management Group
228 Park Avenue, South #48897
New York, NY 10003

Quality Star Development
228 Park Avenue, South #48897
New York, NY 10003

Steve Menexas
301 Vanderbilt Parkway
Dix Hills, NY 11746

Giorgios Menexas
4 Elm Sea Lane
Manhasset, NY 11030

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-9449

JA Mechanical Plumbing and Heating Inc
24-63 46th Street
Astoria, NY 11103

25-26 30th Avenue, LLC
25-26 30th Avenue
Astoria, NY 11102

Aphrodite's-Mylos Baking
981 Fort Salonga Road
Northport, NY 11768

Vias Imports Ltd.
875 Sixth Ave, Suite 2200
New York, NY 10001

Imperial Bag & Paper Co LLC
255 Route 1 and 9
Jersey City, NY 07306

DJ Fish
32 Tall Tulip Lane
Yonkers, NY 10710

Tom Cat Bakery
43-05 10th Street
Long Island City, NY 11101

TopShelf
1229 Old Walt Whitman Road
Melville, NY 11747

Euro Stone NY
4800 Astoria Blvd S
Astoria, NY 11103

Seoul Glass Interiors
9428 Northern Blvd
Flushing, NY 11372

Firemasters
506 10th Avenue
East Northport, NY 11731

Anheuser Busch
550 Food Center Drive
Bronx NY 10474

Meat without Feet LLC
800 Food Center Dr
Bronx NY 10474

Coca-Cola
1 Coca Cola Plz
NW Atlanta GA 30313