UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 11

BAY TERRACE PLAZA, LLC                          Case No.: 19-41616 (ESS)
D/B/A ALLORA D/B/A
ALLORA ITALIAN KITCHEN & BAR,
D/B/A ALLORA ITALIAN KITCHEN AND BAR,

        Debtor.
-----------------------------------------------------------x

**Disbursement Report for the period of March 21, 2019 through March 31, 2019**

    **Disbursements:**        **$65,995.03**

       The undersigned, having reviewed the attached report and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury, that the information contained herein is complete, accurate and truthful to the best of my knowledge.

Date: April 29, 2019

                                      *s/ Steve Menexas*
                                      Steve Menexas
                                      Managing Member of the Debtor