**THE LAW OFFICES OF KENNETH A.**
**REYNOLDS, ESQ., P.C.**
Kenneth A. Reynolds
105 Maxess Road, Suite 124
Melville, New York 11747
(631) 994-2220

*Counsel for SGM Foods, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

                                                            Chapter 11
    BAY TERRACE PLAZA, LLC,                Case No.: 19-73115 (REG)

                                Debtor.
-----------------------------------------------------------X

## NOTICE OF APPEARANCE, DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

**PLEASE TAKE NOTICE**, that the undersigned appears in the above-captioned case on behalf of SGM Foods, LLC ("SGM"), party-in-interest, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

                Kenneth A. Reynolds, Esq.
    The Law Offices of Kenneth A. Reynolds, Esq., P.C.
                105 Maxess Road, Suite 124
                Melville, New York 11747
                E-mail: KReynolds@mklawnyc.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings,

requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive SGM's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoff or recoupments to which SGM is or may be entitled under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: Melville, New York
      May 16, 2019                      **THE LAW OFFICES OF KENNETH A. REYNOLDS, ESQ., P.C.**
                                        Counsel for SGM Foods, LLC

                            By:    */s/ Kenneth A. Reynolds*
                                    Kenneth A. Reynolds
                                    105 Maxess Road, Suite 124
                                    Melville, New York 11747
                                    (631) 994-2220